# Third District Court of Appeal

## State of Florida

Opinion filed May 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2003
Lower Tribunal Nos. 24F-11032, 1358879869

_____

**R.P.,**
Appellant,

vs.

**Florida Department of Children and Families,**
Appellee.

An Appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings.

R.P., in proper person.

Rosemarie Rinaldi, Assistant Regional Legal Counsel, for appellee.

Before, FERNANDEZ, GORDO and BOKOR, JJ.

GORDO, J.

R.P. appeals from a final order of the Florida Department of Children and Families Office of Appeal Hearings ("Department") ratifying the Social Security Administration's ("SSA") decision concerning his eligibility for disability benefits. We have jurisdiction. Fla. R. App. P. 9.030(b)(1)(C). We affirm.

R.P. urges us to reverse the Department and the hearing officer's finding that he no longer qualifies for Medicaid disability benefits. But R.P. was given a full and fair opportunity with notice and a hearing to provide evidence that he qualifies for such benefits. Although R.P. mentions in his application that his condition worsened—by his own admission at the hearing—he provided no new conditions and was unable to elaborate on any worsening condition or offer any proof. We find the hearing officer had competent and substantial evidence to adopt the SSA's disability decision and deny benefits based on the record before it.[1]

Affirmed.

---

[1] The denial of Medicaid by the hearing officer in this case does not preclude R.P. from utilizing an appeal process available through the SSA or to meet one of the exceptions to the Medicaid requirements in the future. See Jawaid v. Fla. Dep't. of Child. & Fams., 315 So. 3d 70, 72 (Fla. 3d DCA 2020).